# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**GUADALUPE PEREZ,**

       **Plaintiff,**

**-vs-**                                         **Case No.  6:06-cv-503-Orl-28DAB**

**TOMMY THOMPSON, Secretary of
Health and Human Services,,**

       **Defendant.**
_____

## ORDER

This case is before the Court on the Application to Proceed In Forma Pauperis (Doc. No. 2) filed April 13, 2006.  The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and considering the objection filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.  That the Report and Recommendation filed April 18, 2006 (Doc. No. 4) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.  The Application to Proceed in Forma Pauperis (Doc. 2) is **DENIED**. This action will be dismissed if Plaintiff fails to pay the required fees within eleven (11) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27th day of April, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party